■ PETERBOROUGH REALTY Co., INC., et al., Petitioners, v. STATE DIVISION OF HUMAN RIGHTS et al., Respondents.—Determination of the State Human Rights Appeal Board, dated November 14, 1972, affirming an order of the State Division of Human Rights, unanimously modified, on the law, to limit application of the directive to petitioner to the premises at which the subject housing discrimination took place, and otherwise confirmed, without costs and without disbursements. On this record, there is no doubt that discrimination by reason of race, as charged against petitioners, did take place, and the directive is appropriate as to the subject premises. There is, however, no rational relation, insofar as the directive is concerned, between the offense charged and any other premises owned by petitioners. Concur — McGivern, J. P., Markewich, Nunez, Murphy and Tilzer, JJ.

(Republished)

■ HENRY KUTIK et al., Appellants, v. DATA DISPLAY SYSTEMS, INC., Respondent.— Order, Supreme Court, New York County, entered on May 31, 1972, and judgment entered thereon on June 30, 1972, unanimously affirmed; and that the respondent recover of the appellants $40 costs and disbursements of this appeal. The order entered on February 13, 1973 is vacated. No opinion. Concur — McGivern, J. P., Markewich, Nunez, Murphy and Tilzer, JJ. [41 A. D. 2d 705.]